# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9/17/26

September 16, 2026

Honorable Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St,
Chamber 740
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

MEMO ENDORSED

**Re: Ingrid Sanchez v. Comm'r of SSA 1:26-cv-05067-BCM**

Dear Honorable Judge Moses:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on September 16, 2026. Due to an influx in Certified Administrative Record ("CAR") filings which have created multiple conflicts on the briefing calendar, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, through and including November 15, 2026. No previous request for an extension has been made in this case. The Defendant has given consent and has requested an additional 60 days from the filing of Plaintiff's brief. Accordingly, the proposed revised schedule is as follows:

- Plaintiff's Opening Brief due November ~~15~~ 16, 2026;
- Defendant's Response Brief due January 14, 2027;
- Plaintiff's Reply Brief, if any, due January 28, 2027.

Thank you in advance for the Court's consideration of this request.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

Application GRANTED.

SO ORDERED.

Barbara Moses
United States Magistrate Judge
September 17, 2026

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Fergus John Kaiser, Esq. (Via ECF)
Attorney for Defendant.